UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Lora Breen

Case No:  17-17380
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles A. Stanziale, the Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street, Newark, NJ 07102

If an objection if filed, a hearing will be held before the Honorable John K. Sherwood on June 20, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D.  If no objection is filed, the abandonment shall take effect on the entry by the Clerk of a Certification of No Objection

Description and value of Property
 The Debtor owns real property located at 73 MaryAnn Road, Oak Ridge, NJ.  The Property has a fair market value of $300,000.

Liens of Property:
Shellpoint: $218,312.57
PNC Bank: $84,626.00

Amount of equity claimed as exempt:
Full exemptions

Objections must be served on, and requests for additional information directed to:

NAME:  Charles A. Stanziale, Esq.
ADDRESS:  Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102
TELEPHONE NO: (973) 622-4444

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17380-RG
Lora Breen                                                                Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: May 15, 2017
                             Form ID: pdf905           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db          +Lora Breen,    73 MaryAnn Rd,    Oak Ridge, NJ 07438-8821
516762657   +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516762658   #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516762659   +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516762660   +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516762661   +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
              Saint Louis, MO 63179-0040
516762663   +PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
516762664   +Pnc Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516762665   +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
516762662   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,     Po Box 790084,    Saint Louis, MO 63179)
516762667   +Zwicker & Associates, PC,    1105 Laurel Oak Rd, Ste 136,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 15 2017 22:12:40      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2017 22:12:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516762666       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2017 22:15:30      Syncb/Toys 'R' Us,
                 Po Box 965064,    Orlando, FL 32896-5064
516763703       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2017 22:15:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
              Andrew Micklin   on behalf of Debtor Lora  Breen andrewmicklin@comcast.net,
              ardithreeve@comcast.net
              Charles A. Stanziale, Jr.   on behalf of Trustee Charles A. Stanziale, Jr.
              cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.   cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 4