| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| KML Law Group, P.C.<br>By:<br>Brian C. Nicholas, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant:  New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | Order Filed on August 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   Lora Breen aka Midnight Ventures<br><br>                                        Debtor | Case No.:        17-17380 RG<br><br>Chapter:           7<br><br>Hearing Date:  N/A<br><br>Judge:             GAMBARDELLA, ROSEMARY |

# ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 2, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, to Approve Loan Modification Agreement as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** the Loan Modification is hereby APPROVED with regard to the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as 73 Maryann Road, Oak Ridge, NJ 07438**

☐   Personal Property More Fully Describes as:

**IT IS FURTHER ORDERED THAT** the Loan Modification Agreement executed by Debtor on April 24, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.