UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

KML Law Group, P.C.
By:
Brian C. Nicholas, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant: New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

Order Filed on August 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lora Breen aka Midnight Ventures

                Debtor

Case No.:     17-17380 RG

Chapter:      7

Hearing Date:  N/A

Judge:         GAMBARDELLA, ROSEMARY

# ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 2, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, to Approve Loan Modification Agreement as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** the Loan Modification is hereby APPROVED with regard to the following:

■  Real Property More Fully Described as:

**Land and premises commonly known as 73 Maryann Road, Oak Ridge, NJ 07438**

☐  Personal Property More Fully Describes as:

**IT IS FURTHER ORDERED THAT** the Loan Modification Agreement executed by Debtor on April 24, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 17-17380-RG
Lora Breen Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Aug 02, 2017
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
db +Lora Breen,    73 MaryAnn Rd,    Oak Ridge, NJ 07438-8821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
     Andrew Micklin    on behalf of Debtor Lora  Breen andrewmicklin@comcast.net, ardithreeve@comcast.net
     Brian C. Nicholas    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr. cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com
     Charles A. Stanziale, Jr.    cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com
     Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 6